ACCEPTED
08-17-00251-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
5/25/2018 8:24 AM
DENISE PACHECO
CLERK

# IN THE EIGHTH COURT OF APPEALS
# EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

5/25/2018 8:24:25 AM

DENISE PACHECO
Clerk

CARLOS LOZANO
Appellant/Defendant,

v.                                                   No. 08-17-00251-CR

THE STATE OF TEXAS
    Appellee/Plaintiff.

## MOTION TO WITHDRAW APPELLANT'S BRIEF
## FILED IN ERROR ON MAY 24,2014

Now comes Carlos Lozano, Appellant/Defendant, by and through his

attorney, Kenneth del Valle, and moves for leave to withdraw Appellant

/Defendant's Brief filed in error on May 24, 2018.

In support thereof Appellant/Defendant states as follows:

1. The version of Appellant/Defendant's brief electronically filed on May

24, 2018 was a draft version not intended to be filed.

2. Said brief was filed in error.

**Wherefore**, Carlos Lozano, Appellant/Defendant, prays this Honorable

Court grant him leave to withdraw the brief filed on May 24, 2018.

Respectfully submitted,

/s/ *Ken del Valle*
Kenneth del Valle
8407 Alameda Avenue
El Paso, Texas 79907
Off. 915-544-0202
Fax. 915-544-5361
Cel. 915-276-8353
E-mail: kendelvalle@aol.com
Texas Bar Number: 24010960

CERTIFICATE OF SERVICE

I, Kenneth del Valle, an attorney, do hereby certify that on May 25, 2018 I caused to be filed the above document through the Texas E File system that will notify all parties entitled to service and notice of filing.

/s/ *Ken del Valle*
Kenneth del Valle